CHARLES B. PERKINS (#126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 399-4566
Email: cbperk@earthlink.net

**E-filed 10/7/05**

Attorneys for Plaintiff
MARILYN KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN KING,<br><br>Plaintiff,<br><br>vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY and DIVA SYSTEMS CORPORATION LONG-TERM DISABILITY GROUP INSURANCE PLAN,<br><br>Defendants. | Case No. C05 02645 JF<br><br>STIPULATION TO FILE FIRST AMENDED COMPLAINT AND (~~PROPOSED~~) ORDER |

Plaintiff Marilyn King and Defendant, The Paul Revere Life Insurance Company, by and through their counsel of record, hereby stipulate that Plaintiff may file a First Amended Complaint substituting UNUM Life Insurance Company of America for Defendant The Paul Revere Life Insurance Company. A copy of the proposed First Amended Complaint is attached hereto.

It is further stipulated that Defendant UNUM Life Insurance Company of America waives notice and service of the First Amended Complaint, and that its Answer may be filed in response

1    to the First Amended Complaint.

2    IT IS SO STIPULATED,

3    DATE: October 5, 2005

4                                              FLYNN, ROSE & PERKINS

5                                              By _____

6                                              CHARLES B. PERKINS
                                               Attorneys for Plaintiff
7                                              MARILYN KING

8    DATE: October 5, 2005                     KELLY, HERLIHY & KLEIN LLP

9
                                               By _____
10
                                               SEAN P. NALTY
11                                             Attorneys for Defendant
                                               THE PAUL REVERE LIFE
12                                             INSURANCE COMPANY

13                              ORDER

14
15        Having reviewed the Stipulation of the parties and good cause appearing, it is hereby

16   ordered that Plaintiff shall have leave to file her First Amended Complaint.

17        IT IS SO ORDERED,

18   DATE: _10/7/05_                           /s/electronic signature authorized

19                                             JUDGE JEREMY FOGEL

20

21

22

23

24

25

26

27

28