**E-filed 10/24/05**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MARILYN KING

           Plaintiff(s),

         v.

UNUM LIFE INSURANCE CO

           Defendant(s).

_____/

CASE NO.  C 05-02645 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓  Private ADR *(please identify process and provider)*  PRIVATE MEDIATION

The parties agree to hold the ADR session by:
  ✓  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 10\24\05 _____

                      Attorney for Plaintiff

Dated: 10\24\05 _____

                      Attorney for Defendants

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓ Private ADR

Deadline for ADR session
✓ 90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: 10/25/05                    Jeremy Fogel /s/electronic signature authorized

                                   UNITED STATES DISTRICT       JUDGE