| | |
|---|---|
| 1 | CHARLES B. PERKINS (#126942) |
| 2 | FLYNN, ROSE & PERKINS<br>59 North Santa Cruz Avenue, Suite Q |
| 3 | Los Gatos, California 95030<br>Telephone:  (408) 399-4566 |
| 4 | Email: cbperk@earthlink.net |

Attorneys for Plaintiff  **E-filed 10/26/05**
MARILYN KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN KING,<br><br>              Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and DIVA SYSTEMS CORPORATION LONG-TERM DISABILITY GROUP INSURANCE PLAN,<br><br>              Defendants. | Case No. C05 02645 JF<br><br>JOINT STIPULATION TO CONTINUE THE NOVEMBER 7, 2005 CASE MANAGEMENT CONFERENCE TO A DATE ON OR AFTER MARCH 6, 2006, AND (PROPOSED) ORDER |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference in this matter, currently scheduled for November 7, 2005, before the Honorable Jeremy Fogel, be continued for about 120 days, until approximately March 6, 2006, or thereafter.

   Good cause exists for this continuance as the parties have agreed to a private mediation of this matter, thereby conserving judicial resources.  An ADR Stipulation agreeing to private mediation has been filed. This extension will provide counsel with sufficient time to schedule and complete a private mediation.

Pursuant to *Local Rules*, this document is being electronically filed through the Court's ECF system. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has signed the document; and (3) the signed document is available for inspection on request.

IT IS SO STIPULATED.

DATE:  October 24, 2005  FLYNN, ROSE & PERKINS

By  /s/ Charles B. Perkins
    CHARLES B. PERKINS
    Attorneys for Plaintiff
    MARILYN KING

DATE:  October 24, 2005  KELLY, HERLIHY & KLEIN, LLP

By  /s/ Sean P. Nalty
    SEAN P. NALTY
    Attorneys for Defendant
    UNUM

### **ORDER**

IT IS HEREBY ORDERED that the Case Management Conference be continued from November 7, 2005 to   3/10   , 2006. The parties shall file a Case Management Statement fourteen (14) days prior to the conference.

IT IS SO ORDERED.

DATED:   10/26/05   

/s/electronic signature authorized
The Honorable Jeremy Fogel
Judge of the U.S. District Court