1  CHARLES B. PERKINS, ESQ.
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  Telephone: (408) 399-4566
   Facsimile: (408) 399-6683
4
   Attorneys for Plaintiff
5  MARILYN KING

6

7  THOMAS M. HERLIHY (SBN 83615)
   SEAN P. NALTY (SBN 121253)
8  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
9  San Francisco, California 94104-4217
   Telephone: (415) 951-0535
10 Facsimile: (415) 391-7808

11 Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY
12 OF AMERICA and DIVA SYSTEMS
   CORPORATION LONG-TERM DISABILITY
13 GROUP INSURANCE PLAN

14

15

16                 **E-filed 3/6/06**

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

18 **SAN JOSE DIVISION**

19 MARILYN KING,                              Case No. C 05-02645-JF

20              Plaintiff,                    **STIPULATION OF THE PARTIES**
                                              **RE CONTINUATION OF THE**
21      vs.                                   **MARCH 10, 2006 CASE**
                                              **MANAGEMENT CONFERENCE IN**
22 UNUM LIFE INSURANCE COMPANY OF             **THIS MATTER**
   AMERICA and DIVA SYSTEMS
23 CORPORATION LONG-TERM
   DISABILITY GROUP INSURANCE
24 PLAN,

25              Defendants.

26

27

28

---

STIPULATION TO CONTINUED CASE MANAGEMENT CONFERENCE          CASE NO. C 05-02645-JF

1   Plaintiff Marilyn King ("plaintiff"), through her counsel of record, Charles B. Perkins, Flynn,
2   Rose & Perkins, and defendants Unum Life Insurance Company of America and DIVA Systems
3   Corporation Long-Term Disability Group Insurance Plan ("defendants"), through their counsel of
4   record, Sean P. Nalty, Kelly, Herlihy & Klein, hereby request that the Court continue the March 10,
5   2006 Case Management Conference in this matter based on the following facts and on the stipulation
6   of the parties set forth below:

7

8                                    PERTINENT FACTS
9       Counsel for plaintiff, Mr. Perkins, currently is set to undergo a surgical procedure on
10  February 21, 2006. He anticipates that the recovery period from this surgery could last up to six
11  weeks. The parties efforts to mediate this matter have been delayed by Mr. Perkins' medical
12  procedure and recovery. Taking this delay into consideration, the parties have set a mediation for
13  April 20, 2006 with Len Sprinkles, Esq. This mediation has been scheduled and confirmed by all
14  parties.

15                                       STIPULATION
16      Plaintiff, through her counsel of record, and defendants, through their counsel of record,
17  hereby enter into the following stipulation:

18      Based on the facts set forth above, the March 10, 2006 Case Management Conference in this
19  matter can be continued to a date after the April 20, 2006 mediation in this matter, preferably the
20  first week in May, 2006. The parties agree that efforts to settle this matter should be undertaken
21  before participation in the Case Management Conference.

22  IT IS SO STIPULATED

23                                    FLYNN, ROSE & PERKINS

24

25  Date: February 10, 2006           By _____
                                         Charles B. Perkins
26                                       Attorneys for Plaintiff
                                         MARILYN KING
27

28

                                            -1-

1

2

3

Dated: February *15*, 2006

KELLY, HERLIHY & KLEIN LLP

By_____
        Sean P. Nalty
     Attorneys for Defendants

4

5

6

UNUM LIFE INSURANCE COMPANY
OF AMERICA and DIVA SYSTEMS
CORPORATION LONG-TERM DISABILITY
GROUP INSURANCE PLAN

7

ORDER

8

9

10

11

        It is hereby ordered that the Case Management Conference, currently set for March 10, 2006,
be continued to ___ May 5 _____, 2006.  The parties shall file a Case Management Conference
Statement at least 14 days prior to the conference.

12

IT IS SO ORDERED

13

14

15

16

17

Date:___March 6_____, 2006

JEREMY FOGEL
JUDGE OF THE UNITED STATES
DISTRICT COURT

18

19

20

21

22

23

E:\25210\P07.wpd

24

25

26

27

28

-2-