1  CHARLES B. PERKINS (#126942)                          **E-filed 5/4/06**
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
3  Los Gatos, California 95030
   Telephone: (408) 399-4566
4  Facsimile:  (408) 399-6683
   Email: cbperk@earthlink.net
5

6  Attorneys for Plaintiff
   MARILYN KING
7

8  THOMAS M. HERLIHY (SBN 83615)
   SEAN P. NALTY (SBN 121253)
9  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
10 San Francisco, California 94104-4217
   Telephone: (415) 951-0535
11 Facsimile:  (415) 391-7808

12 Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY
13 OF AMERICA and DIVA SYSTEMS
   CORPORATION LONG-TERM
14 DISABILITY GROUP INSURANCE PLAN

15

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                           SAN JOSE DIVISION

20 MARILYN KING,                    )  Case No. C05 02645 JF
21                                  )
                                    )
22          Plaintiff,              )
                                    )  JOINT STIPULATION TO CONTINUE THE
23 vs.                              )  MAY 5, 2006 CASE MANAGEMENT
                                    )  CONFERENCE TO A DATE ON OR AFTER
24 UNUM LIFE INSURANCE COMPANY OF   )  MAY 19, 2006, AND (PROPOSED) ORDER
   AMERICA and DIVA SYSTEMS         )
25 CORPORATION LONG-TERM            )
   DISABILITY GROUP INSURANCE PLAN, )
26                                  )
            Defendants.             )
27                                  )
                                    )
28 _____  )

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference in this matter, currently scheduled for May 5, 2006, before the Honorable Jeremy Fogel, be continued for about 2 weeks, until approximately May 19, 2006, or thereafter.

Good cause exists for this continuance as the parties mediated this matter on April 20, 2006 before the Honorable Leonard Sprinkles (Ret.). Due to an impasse at the mediation, the parties require additional time to discuss settlement, and the parties anticipate further discussions during the week of May 1, 2006. This brief continuance of the Case Management Conference will allow the mediation discussions to be completed, therefore conserving judicial resources.

This document is being electronically filed through the Court's ECF system. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has signed the document; and (3) the signed document is available for inspection on request.

IT IS SO STIPULATED.

DATE: April 26, 2006                     FLYNN, ROSE & PERKINS


                                         By /s/ Charles B. Perkins
                                             CHARLES B. PERKINS
                                             Attorneys for Plaintiff
                                             MARILYN KING


DATE: April 26, 2006                     KELLY, HERLIHY & KLEIN, LLP


                                         By /s/ Sean P. Nalty
                                             SEAN P. NALTY
                                             Attorneys for Defendants
                                             UNUM LIFE INSURANCE
                                             COMPANY OF AMERICA and
                                             DIVA SYSTEMS CORP. LONG-TERM
                                             DISABILITY INSURANCE PLAN

1

## **ORDER**

2    IT IS HEREBY ORDERED that the Case Management Conference be continued from

3   May 5, 2006 to ___May 19_____, 2006. The parties shall file a Case Management Statement

4   fourteen (14) days prior to the conference.

5    IT IS SO ORDERED.

6    DATED: __5/2/06_____

_____
The Honorable Jeremy Fogel
Judge of the U.S. District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE THE MAY 5, 2006 CASE MANAGEMENT
CONFERENCE TO A DATE ON OR AFTER MAY 19, 2006, AND (PROPOSED) ORDER
Case No. C05 02645 JF                                                                  Page 3